7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Anita nmn Garlington
*Debtor*

*Bankruptcy Case No.*
10–44844–jwv7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–04105–jwv

v.

**Anita nmn Garlington**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment entered in favor of the Trustee and against the Debtor pursuant to Rule 7055 FRBP and Rule 55 FRCP. Discharge is revoked.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 10/16/12

Court to serve